IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALERTPOINT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>DEAN OLDS and ROOMPRO TECHNOLOGIES, INC.,<br><br>Defendants.<br>v.<br><br>DAVID ALLEN and EDCO-EDUCATIONAL CONSULTANTS, INC.,<br><br>Proposed Counterclaim Defendants. | Case No.: 1:18-CV-03879-ELR |

**NOTICE OF DEPOSITION**

To: Christopher Ragsdale
Cobb County School District
514 Glover Street
Marietta, Georgia 30060
770-426-3300

On November 2, 2018 beginning at 10:00am EST, Defendants Dean Olds and RoomPro Technologies, Inc. will take the deposition of nonparty Christopher Ragsdale upon oral examination pursuant to Rule 45 of the Federal Rules of Civil Procedure. The deposition will take place at Lilenfeld PC, 3379 Peachtree Road NE, Suite 980, Atlanta, Georgia 30033. The deposition will be taken before a court

reporter duly authorized by law to take depositions and will be recorded by stenographic means. You may attend and cross-examine.

Additionally, pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure, Defendants Dean Olds and RoomPro Technologies, Inc. will serve Christopher Ragsdale with a subpoena to attend the deposition and to produce at the deposition all documents responsive to the requests for documents listed in Exhibit A to the subpoena. The subpoena will be served on October 18, 2018, or as soon as possible thereafter. A copy of the subpoena is attached.

Respectfully submitted this 17th day of October, 2018.

**LILENFELD PC**

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
Kaitlyn A. Haase
Georgia Bar No. 431935
3379 Peachtree Road, NE
Suite 980
(404) 201-2520 – telephone
David@Lilenfeld.com
Kaitlyn@Lilenfeld.com