EXHIBIT A

**From:** David M. Lilenfeld <david@lilenfeld.com>
**Sent:** Tuesday, October 30, 2018 3:13 PM
**To:** Jordan Dailey <jdailey@gregorydoylefirm.com>
**Cc:** Chuck Bachman <cbachman@gregorydoylefirm.com>; Kaitlyn Haase <kaitlyn@lilenfeld.com>
**Subject:** Re: AlertPoint v. RoomPro -- Subpoena to Chris Ragsdale

Jordan,

RoomPro has agreed to not depose Mr. Ragsdale at the moment – with the hope that the documents RoomPro receives in response to its subpoena make the deposition of Mr. Ragsdale unnecessary.

During our phone call, you said that Mr. Ragsdale would be prepared to produce documents responsive to Paragraphs 1 through 4 of Exhibit A to the Subpoena (Dkt. 302) on November 2. We look forward to receiving those documents.

Finally, during that call, RoomPro agreed to narrow the scope of documents requested in Paragraphs 5 through 7 of Exhibit A to the Subpoena. As a compromise, RoomPro agrees to the narrowing you suggested in your below email (namely, (1) requiring documents dating back to January 1, 2016 (instead of dating back to January 1, 2011) and (2) eliminating EDCO or EDCO-Educational Consultants, Inc. from the search terms).

Note that by agreeing to this narrowing, RoomPro is not waiving its right to issue a new subpoena to seek a broader scope of documents.

Thank you for your cooperation. If you have any questions, please let me know.

David

LILENFELD PC
Intellectual Property Law
3379 Peachtree Road NE

Suite 980
Atlanta, Georgia 30326
(404) 201-2520 – telephone
David@Lilenfeld.com
Angela@Lilenfeld.com – assistant
Brianna@Lilenfeld.com - assistant

---

**From:** Jordan Dailey <jdailey@gregorydoylefirm.com>
**Sent:** Monday, October 29, 2018 5:10 PM
**To:** David M. Lilenfeld
**Cc:** Chuck Bachman
**Subject:** AlertPoint -- Deposition of Chris Ragsdale

David,

This email follows our telephone conversations last week regarding your client's subpoena of Chris Ragsdale. You mentioned being open to narrowing the scope of the subpoena. As we discussed, because of the length of time EDCO has been a vendor with the District and the number of services EDCO provides to the District, searching for and producing documents responsive to the subpoena is quite burdensome in terms of time and expense. The District's records office estimates the cost of responding to the subpoena will be similar to the September 2018 open records request from your firm, approximately $190,000.00. The factors contributing to this expense are 1) the nearly eight-year time period of the request and 2) the inclusion of EDCO and EDCO-Educational Consultants, Inc. as search terms.

I have not heard back from you regarding narrowing the scope of the request. In order to move this matter forward, I propose that the subpoena be revised or re-issued to request items dated from January 1, 2016 forward and to eliminate EDCO or EDCO-Educational Consultants, Inc. from the search terms. We believe that a two- to three-year time frame is much more reasonable than the nearly eight-year time frame in the subpoena. Additionally, because of the extent of the District's vendor relationship with EDCO, eliminating EDCO and EDCO-Educational Consultants, Inc. as search terms will allow the District to send you the requested documents in a timely manner.

We also discussed that the subpoena was served on Chris Ragsdale in his personal capacity. Mr. Ragsdale has few, if any, documents responsive to most of the requests in the subpoena, and a subpoena properly served upon the District or Mr. Ragsdale in his official capacity as superintendent of the District would be more appropriate. Accordingly, we also propose revising or re-issuing the subpoena so that it addresses the District, rather than Mr. Ragsdale in his personal capacity. I believe we are both open to moving the date of the deposition, in the event we are not able to reach an agreement on document production instead of a deposition.

Please let us know your thoughts.

Regards,

**Jordan Dailey |** *Attorney at Law*

GD&R
GREGORY, DOYLE, CALHOUN & ROGERS, LLC

49 Atlanta Street | Marietta, GA 30060
770.422.1776 office | 770.426.6155 facsimile
jdailey@gregorydoylefirm.com | www.gregorydoylefirm.com

**Confidential/ Attorney-Client Privilege**
Note: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and/or e-mail.